6

40 A.3d 1185

David D. RICHARDSON, Appellant

v.

Teena A. PETERS, Clerk of Courts, Court of Common Pleas, Chester County, Pennsylvania, and Jeffrey A. Beard, Secretary, Commonwealth of Pennsylvania, Department of Corrections, Appellees.

Supreme Court of Pennsylvania.

March 26, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of March, 2012, the Order of the Commonwealth Court is hereby **AFFIRMED.**